UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DARLENE GOMES,

           NO. CIV. S-06-1921 LKK/KJM

    Plaintiff,

  v.                          O R D E R

MICHAELS STORES, INC.;
BROADSPIRE SERVICES, INC.;
KRISTINE BLAS AND DOES 1-100,

    Defendants.
_____/

       Defendants have removed this case on the grounds that plaintiff fraudulently joined defendant Kristine Blas, whose presence deprives the court of diversity jurisdiction. Defendants argue that plaintiff makes no independent allegations against Blas and that she cannot be held personally liable as merely an agent of an insurance carrier. However, plaintiff's complaint states that all defendants' acts "were performed partly within and partly outside the course and scope of their authority and employment."

1

1  Compl. ¶ 7. While plaintiff did not file a motion to remand, the
2  court has an independent duty to ensure that subject matter
3  jurisdiction exists. <u>See</u> 28 U.S.C.A. § 1447.
4      Accordingly, the court orders as follows:
5      1.  Plaintiff shall file additional briefing by October 6,
6          2006 as to whether subject matter jurisdiction is
7          proper, given the presence of defendant Blas in the
8          case. Defendant shall file an opposition by October 13,
9          2006, and plaintiff may file a reply by October 18,
10         2006.
11     2.  The current hearing set for October 10, 2006 at 10:00
12         a.m. is hereby CONTINUED to November 13, 2006 at 10:00
13         a.m.
14 IT IS SO ORDERED.
15 DATED: September 29, 2006.

                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT