UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DARLENE GOMES,

          Plaintiff,

   v.

MICHAELS STORES, INC.;
BROADSPIRE SERVICES, INC.;
KRISTINE BLAS AND DOES 1-100,

          Defendants.
_____/

NO. CIV. S-06-1921 LKK/KJM

O R D E R

    Pending on the January 16, 2007 law and motion calendar is a motion for entry of final judgment as to defendants Broadspire Services, Inc. and Kristine Blas. Plaintiff filed a statement of non-opposition. The court decides the matter based on the papers and without oral argument.

    On October 26, 2006, the court dismissed defendant Kristine Blas as fraudulently joined. On November 16, 2006, the court granted Broadspire's motion to dismiss. Therefore, all claims

1

asserted against Kristine Blas and Broadspire have been finally resolved.

Accordingly, final judgment is entered in favor of defendant Broadspire. Defendant Kristine Blas is deemed to no longer be a party to this case. Plaintiffs shall take nothing by their complaint and said defendants shall recover their costs of suit according to proof.

The hearing set for January 16, 2007 is hereby VACATED.

IT IS SO ORDERED.

DATED: January 3, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2