DANZ & GERBER
STEPHEN F. DANZ (SBN 68318)
13418 Ventura Blvd.
Sherman Oaks, California 91423
Telephone:  (818) 783-7300
Facsimile:   (818) 995-7159

GREGORY A. THYBERG (SBN 102132)
LAW OFFICES OF GREGORY A. THYBERG
101 Parkshore Drive, Suite 100
Folsom, California 95630
Telephone:  (916) 204-9173
Facsimile:   (916) 932-2907

Attorneys for Plaintiff
DARLENE GOMES

HOWARD L. MAGEE, State Bar No. 185199
howard.magee@ogletreedeakins.com
GREGORY C. CHENG, State Bar No. 226865
gregory.cheng@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
633 West Fifth Street, 53rd Floor
Los Angeles, California 90071
Telephone:  (213) 239-9800
Facsimile:   (213) 239-9045

Attorneys for Defendant
MICHAELS STORES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE GOMES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAELS STORES INC.;<br>BROADSPIRE SERVICES, INC.;<br>KRISTINE BLAS; and DOES 1-100,<br><br>　　　　Defendants. | Case No. 2:06-CV-01921-LKK-KJM<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(A)**<br><br>Judge:　Hon. Lawrence K. Karlton<br>Place:　Courtroom 4<br><br>Action Filed:　July 12, 2006<br>Trial Date:　July 15, 2008 |

///

///

Stipulation of Dismissal.DOC

CASE NO. 2:06-CV-01921-LKK-KJM
STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(A)

**IT IS HEREBY STIPULATED** by and between the Parties to this action through their designated counsel that the above-referenced action be and hereby is dismissed, with prejudice, pursuant to FRCP Section 41(a)(1).

**IT IS SO STIPULATED ON THE DATES INDICATED BELOW.**

DATED:  December 31, 2007        DANZ & GERBER
                                 STEPHEN F. DANZ

                                 LAW OFFICES OF GREGORY A. THYBERG
                                 GREGORY A. THYBERG


                                 By /s/ Gregory Thybert
                                         Gregory A. Thyberg
                                 Attorneys for Plaintiff DARLENE GOMES

DATED:  January 15, 2008         HOWARD L. MAGEE
                                 GREGORY C. CHENG
                                 OGLETREE, DEAKINS, NASH, SMOAK &
                                 STEWART, P.C.


                                 By /s/ Gregory Cheng
                                         Gregory C. Cheng
                                 Attorneys for Defendant MICHAELS STORES, INC.


## ORDER

**GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED** that the above-referenced action be dismissed, with prejudice, pursuant to FRCP Section 41(a)(1).

DATED: January 17, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**PROOF OF SERVICE BY UNITED STATES MAIL**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

  I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to this action.  My business address is 633 West Fifth Street, 53rd Floor, Los Angeles, California 90071.

  On January 15, 2008, I served the following document(s) described as:

STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(A)

on the persons below as follows:

| | |
|---|---|
| Gregory A. Thyberg, Esq. | Counsel for Darlene Gomes |
| Law Office of Gregory A. Thyberg | |
| 101 Park Shore Dr., Suite 100 | |
| Folsom, CA  95630 | |
| | |
| Stephen F. Danz, Esq. | Counsel for Darlene Gomes |
| Danz &Gerber | |
| 13418 Ventura Blvd. | |
| Sherman Oaks, CA  91423 | |

  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses as indicated above and:

☒ placed the envelope or package for collection and mailing, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United State Postal Service, in a sealed envelope or package with postage fully prepaid.

  I am employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Los Angeles, California.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 15, 2008, at Los Angeles, California.

| | |
|---|---|
| Leticia Rivera | /s/ Leticia Rivera |
| Type Name | Signature |

1